AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 25-mj-
Information associated with cellular telephone assigned call number )
(401) 391-3004 operated by AT&T at 1025 Lenox Park Blvd., )
Atlanta, Georgia 30319 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Northern__ District of __Georgia__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☒ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 & 846 | (Distribution of Controlled Substances, Conspiracy to Distribute Controlled Substances) |

The application is based on these facts:
See Attached Affidavit. To ensure technical compliance with 18 U.S.C. §§ 3121-3127, the warrant will also function as a pen register order. I thus certify that the information likely to be obtained is relevant to an ongoing criminal investigation conducted by the Federal Bureau of Investigation Major Offender Task Force. See 18 U.S.C. §§ 3122(b), 3123(b). /s/ Heather A. Cherniske

☒ Continued on the attached sheet.
☒ Delayed notice of __30__ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Michael Belleau
*Applicant's signature*

Michael Belleau, FBI, TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ *(specify reliable electronic means)*.

Date: __3:25 PM__

*Judge's signature*

City and state: Concord, New Hampshire    Talesha L. Saint-Marc, US Magistrate Judge
*Printed name and title*